**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ADAM TANNER,<br><br>Plaintiff,<br><br>v.<br><br>WHITNEY DUTTON,<br><br>Defendant. | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff, Adam Tanner ("Tanner" or "Plaintiff"), brings this complaint in the United States District Court for the Southern District of Florida against Whitney Dutton ("Dutton" or "Defendant"), alleging as follows:

**THE PARTIES**

1. Tanner is an experienced, commercial photographer of over four years, specializing in aerial, interior, nature, and architecture photography. Tanner has worked with hundreds of clients on thousands of photoshoots to capture high-end images fitting the needs of the client. Tanner resides in Delray Beach, Florida.

2. Dutton is a licensed real estate agent operating under the laws of the State of Florida with his principal place of business located in Fort Lauderdale, Florida. Dutton may be served at his principal place of business at 1320 SW 18th Ct., Fort Lauderdale, FL 33315.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because Defendant has maintained sufficient minimum contacts with the State of Florida and as a result the exercise of personal jurisdiction over Defendant by this Court would not offend traditional notices of fair play and substantial justice.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agent(s) reside or may be found in this district: "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."

## FACTS

### I. The Photograph at Issue in this Lawsuit

6. On or before May 7, 2022, Tanner contracted with Jordan Grimaldi ("Grimaldi"), of Grimaldi & Weiss Management LLC, to capture photographs of the real property located at 1479 SW 18th Terrace, Fort Lauderdale, FL 33312 ("House").

7. On May 7, 2022, Tanner captured the photographs, "DJI_0546-Edit.jpeg," "DJI_0548-Edit.jpeg," "DJI_0550-Edit.jpeg," "DJI_0551-Edit.jpeg," "DJI_0552-Edit.jpeg," "DJI_0553.jpeg," "DJI_0554.jpeg," "DJI_0555.jpeg," "DJI_0556.jpeg," "DJI_0557.jpeg," "DJI_0560-Edit.jpeg," "DJI_0561.jpeg," "DJI_0562-Edit.jpeg," "DJI_0563-Edit.jpeg," "DJI_0564-Edit.jpeg," "DJI_0565-Edit.jpeg," "DJI_0567-Edit.jpeg," "DSC09494.jpeg," "DSC09499.jpeg," "DSC09505.jpeg," "DSC09510.jpeg," "DSC09515.jpeg," "DSC09520.jpeg," "DSC09524.jpeg," "DSC09530.jpeg," "DSC09534.jpeg," "DSC09539.jpeg," "DSC09544.jpeg," "DSC09549.jpeg," "DSC09555.jpeg," "DSC09559.jpeg," "DSC09564.jpeg," "DSC09570.jpeg," "DSC09575.jpeg," "DSC09579.jpeg," "DSC09585.jpeg," "DSC09590.jpeg," "DSC09595.jpeg," "DSC09601.jpeg," "DSC09604.jpeg," "DSC09614.jpeg," "DSC09619.jpeg," "DSC09625.jpeg,"

"DSC09634.jpeg," "DSC09641.jpeg," "DSC09646.jpeg," "DSC09649.jpeg," "DSC09656.jpeg," "DSC09660.jpeg," "DSC09667.jpeg," "DSC09672.jpeg," "DSC09676.jpeg," "DSC09680.jpeg," "DSC09682.jpeg," "DSC09691.jpeg," "DSC09694.jpeg," "DSC09703.jpeg," "DSC09708.jpeg," "DSC09712.jpeg," "DSC09719.jpeg," "DSC09723.jpeg," "DSC09733.jpeg," "DSC09742.jpeg," "DSC09750.jpeg," "DSC09755.jpeg," "DSC09763.jpeg," "DSC09780.jpeg," "DSC09787.jpeg," "DSC09792.jpeg," "DSC09798.jpeg," "DSC09803.jpeg," "DSC09808.jpeg," "DSC09836.jpeg," "DSC09842.jpeg," "DSC09846.jpeg," "DSC09852.jpeg," "DSC09857.jpeg," "DSC09862.jpeg," "DSC09867.jpeg," and "DSC09872.jpeg" ("Copyrighted Photograph"), copies of which are exhibited below:








































VOYAGER




32
MANATEE ZONE
30 MPH
JUN 1 THRU SEP 30
25 MPH OTHER TIMES
SLOW SPEED 50 FT FROM SHORE




















OceanGirl
















print hub
954-465-0326
YETI


VOYAGER














Sandy Toes
Salty Kisses


Sandy Toes
Salty Kisses




Sandy Toes
Salty Kisses


PLEASE
DO NOT FLUSH
STOP
• Baby wipes
• Cleaning wipes
• Feminine hygiene products
• Paper towels
• Tissues
• Trash of any kind




Shampoo
Conditioner


























Roku
Streaming
Stick 4K
GENUINE HARDWOOD
HOW DO YOU JENGA?
Hasbro Gaming


One Beat


INDIA PALE ALE
NARWHAL
KINGSTON












1479
est 2018











8. Tanner granted Grimaldi a limited license to display and otherwise use Copyrighted Photographs to advertise an Airbnb listing for House.

9. Tanner did not grant a license of any kind to any other individual or entity for use of Copyrighted Photographs, including the owners of House.

10. On March 15, 2025, Tanner registered Copyrighted Photographs with the United States Copyright Office (Registration No.: VA 1-14914280231).

11. For all times relevant to this action, Plaintiff has been the author and exclusive copyright holder of all copyright rights in and to Copyrighted Photographs. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

## II. Defendant's Unlawful Activities

12. Dutton is a licensed real estate agent operating under the laws of the State of Florida with its principal place of business located in Fort Lauderdale, Florida. Defendant operates under Florida Real Estate License No. SL3248950.

13. On or about April 5, 2023, Dutton copied and posted, or caused Copyrighted Photographs to be posted and displayed to the URL, www.zillow.com/homedetails/1479-SW-18th-Ter-Fort-Lauderdale-FL-33312/43214037_zpid:




https://www.zillow.com/homedetails/1479-SW-18th
50%
Buy Rent Sell Home Lo
Back to listing
Save Share Hide More
Advertise Help Sign In
Fort Lauderdale, FL
$850,000
2 bd 1 ba 936 sqft
1479 SW 18th Ter
Fort Lauderdale, FL 33312
Contact agent
Sort: Homes for You
$3,570+
$2,825+
$3,600+
$2,850+
$2,890+
$3,493+
$5,880+
$6,633+
$2,570+
$3,440+


https://www.zillow.com/homedetails/1479-SW-18th
50%
Back to listing
Save
Share
Hide
More
$850,000
2 bd 1 ba 936 sqft
1479 SW 18th Ter
Fort Lauderdale, FL 33312
Contact agent
Advertise
Help
Sign In
Fort Lauderdale, FL
Sort: Homes for You


https://www.zillow.com/homedetails/1479-SW-18th
50%
Back to listing
Save
Share
Hide
More
$850,000
2 bd 1 ba 936 sqft
1479 SW 18th Ter
Fort Lauderdale, FL 33312
Contact agent
Fort Lauderdale, FL
Advertise
Help
Sign In

14. On or about April 5, 2023, Dutton copied and posted Copyrighted Photographs to its social media feed, www.facebook.com/whitneyjdutton:




15. Dutton is not and has never been licensed to use or display Copyrighted Photographs. Dutton never contacted Plaintiff to seek permission to use Copyrighted Photographs in connection with its website or for any other purpose.

16. Upon information and belief, Defendant located copies of Copyrighted Photographs on the Internet and, rather than contact Plaintiff to secure licenses, simply copied Copyrighted Photograph for Defendant's own commercial use.

17. Plaintiff first discovered Defendant's unauthorized use/display of Copyrighted Photographs on or about April 24, 2023. Following Plaintiff's discovery, Plaintiff notified

Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of Copyrighted Photographs.

**COUNT I: COPYRIGHT INFRINGEMENT**

18. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

19. Copyrighted Photographs are original works of authorship, embodying copyrightable subject matter, and therefore subject to the full protection of the United States copyright laws (17 U.S.C. § 101 et seq.).

20. Tanner owns a valid copyright in Copyrighted Photographs, having registered Copyrighted Photographs with the Register of Copyrights.

21. Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyright.

22. Defendant reproduced, distributed, and publicly displayed Copyrighted Photographs without authorization from Plaintiff.

23. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying Copyrighted Photographs for its own commercial purposes.

24. Defendant's infringement was willful as Defendant acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

25. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

26. Plaintiff is entitled to recover Defendant's actual damages resulting from Defendant's unauthorized use of Copyrighted Photographs and, at Plaintiff's election (pursuant to 17 U.S.C. §

504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of Copyrighted Photographs, which amounts shall be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A declaration Defendant has infringed Plaintiff's copyrights in Copyrighted Photographs;

b. A declaration that such infringement is willful (to the extent applicable);

c. An award of actual damages and disgorgement of profits as the Court deems proper;

d. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

e. Permanently enjoining Defendant, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market Copyrighted Photographs or to participate or assist in any such activity; and

f. For such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: April 9, 2026

*/s/ Janelle A. Weber*
Janelle A. Weber
Florida Bar No. 017630
MANTA LAW
4039 Gunn Hwy
Tampa, FL 33618
Primary Email:
jweber@mantalaw.com
Secondary Email:
janelle.weber@outlook.com
Tel. (813) 982-3363
Fax: (813) 982-3810
*Attorney for Plaintiff*